# MEMORANDA

OF

DECISIONS RENDERED WITHOUT EXTENDED OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

---

No. 4,065.—IN RE LIZZIE MAKE.

APPLICATION for writ of *habeas corpus*.

Decided June 7, 1917.

PER CURIAM.—The application for a writ of *habeas corpus*, this day presented to the court, is, after due consideration, denied.

*Mr. D. H. Wittenberg*, for Complainant.

---

No. 3,908.—CITY OF LEWISTOWN, APPELLANT, *v.* J. C.
DUNN, RESPONDENT.

*Appeal from District Court, Fergus County; Roy E. Ayers, Judge.*

Decided June 18, 1917.

PER CURIAM.—Pursuant to stipulation of the parties herein, the appeal in this cause is this day dismissed.

*Messrs. I. B. Kirkland* and *Oscar O. Mueller*, for Appellant.

*Mr. Chas. J. Marshall*, for Respondent.